Small Claims Court **Morgan** County, Colorado
Court Address: **400 Wagner St. Ft. Morgan, CO 80701**

PLAINTIFF(S): **Nathan Whitten**
Address: **427 West St.**
City/State/Zip: **Ft. Morgan, CO 80701**
Phone: Home ____ Work **970-867-5393** Cell **720-642-4308**

v.

DEFENDANT(1): **Ammcol Systems, INC**
Address: **P.O. Box 21625**
City/State/Zip: **Columbia, SC 29221**
Phone: Home **800-849-8500** Work ____ Cell ____

DEFENDANT(2): ____
Address: ____
City/State/Zip: ____
Phone: Home ____ Work ____ Cell ____

DATE FILED: June 20, 2017
CASE NUMBER: 2017S36

COURT USE ONLY
Case Number: **17 S 36**
Division ____ Courtroom ____

### NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL (Part 1)

If Defendant(s) is/are other than a person, go on-line at www.sos.state.co.us to determine the registered agent for service of this notice. Please enter name and address of the agent. Name: ____
Address: ____

1. The Defendant(s) is/are in the military service: ☐Yes ☒No ☐Unknown
2. The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☐Yes ☒No
3. I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☒Yes ☐No
4. I am an attorney: ☐Yes ☒No

#### Notice and Summons to Appear for Trial
**To the Defendant(s):**
You are scheduled to have your trial in this case on **Aug 8 2017** (date) at **10:00 Am** (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. **If you do not appear, judgment may be entered against you.** If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: **6/20/17** ____ Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim** (Please summarize reasons to support your claim below.)
The Defendant(s) owe(s) me $ **7100.00**, which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

**For violating my rights under the Fair Credit reporting Act**

Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.
Plaintiff(s) declare under penalty of perjury that the above statements are true and correct, and that I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County this calendar year.

Dated: **6/20/2017** ____ Plaintiff's Signature

JDF 250   R 1-17(PART 1/ PAGE 1)   NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL   COURT COPY
© 2012, 2013, 2014 Colorado Judicial Department for use in the Courts of Colorado