IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01835-MEH

NATHAN WHITTEN,

    Plaintiff,

v.

AMCOL SYSTEMS, INC.,

    Defendant.

## ORDER OF DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's Motion to Dismiss [filed September 14, 2017; ECF No. 19] is **granted**. The matter is dismissed, as requested, and all remaining deadlines and conference dates are vacated. Each party will pay his or its own attorney's fees and costs.

    Dated at Denver, Colorado this 15th day of September, 2017.

                                                          BY THE COURT:

                                                          *Michael E. Hegarty*

                                                          Michael E. Hegarty
                                                          United States Magistrate Judge