IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01835-MEH

NATHAN WHITTEN,

    Plaintiff,

v.

AMCOL SYSTEMS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the Renewed Joint Motion to Dismiss with Prejudice [filed October 11, 2017; ECF No. 23] is **granted**. The Court amends its September 15, 2017 order to clarify that this matter is dismissed with prejudice, as requested. Each party will pay his or its own attorney's fees and costs.

Entered and dated at Denver, Colorado this 12th day of October, 2017.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge